E-FILED 11/4/16
TERM #318
LINK #319

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESERT GOLD VENTURES, LLC, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. CV09-4224 PSG (AJW)<br><br>Hon. Philip S. Gutierrez<br><br>~~CORRECTED~~<br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANTS NORTHSTAR RESORT DEVELOPMENT, LLC; RICHARD OLIPHANT AND JAN OLIPHANT, INDIVIDUALLY AND AS TRUSTEES OF THEIR OLIPHANT FAMILY TRUST; AND DENNIS FRENCH AND SHARON FRENCH, INDIVIDUALLY AND AS TRUSTEES OF THEIR FRENCH FAMILY TRUST |

The motion of Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), to enforce the settlement agreement it entered into with Northstar Resort Development, LLC, Richard Oliphant and Jan Oliphant, individually and as trustees for their Oliphant Family Trust, and Dennis

and Sharon French, individually and as trustees for their French Family Trust (herein the "Defendants"), came for hearing before this Court on October 17, 2016.

After considering all papers submitted in connection with Plaintiff's motion, as well as opposition papers submitted by Defendants, and all other matters presented to the Court, the Court granted Travelers' motion to enforce the settlement agreement. (See, Order, dated October 17, 2016, Doc. No. 317).

Pursuant to that Order, which is incorporated by reference herein, Judgment is entered in favor of Travelers against Defendants as follows:

1. Judgment in the total amount of $3,184,991.43.
2. Interest will accrue on this amount pursuant to 28 U.S.C. 1961.

IT IS SO ORDERED.

DATED: _____11/4/16_____, 2016

**PHILIP S. GUTIERREZ**
Hon. Judge Philip S. Gutierrez

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

2

[PROPOSED] JUDGMENT AGAINST
OLIPHANT AND FRENCH DEFENDANTS
CASE NO.: CV09-4224-PSG (AJW)